Dare v. Moore.

[94]                    DARE v. MOORE.

Where no objections are made at the trial to the plaintiff's account, the court will not reverse the judgment on the ground of there being no evidence.

*Certiorari* to Justice Mulford.

It appeared that Moore, the plaintiff below, produced to the jury a paper account, containing charges for lying in, &c., of a child, alleged to have been begotten by Dare, to the amount of £15, which was offered in evidence to the jury, and was permitted to go to them, without any proof of the items.

PER CUR. It appears that the account produced by Moore against defendant, and laid before the jury, was not denied or objected to by him. As to the amount being £15, and so beyond the jurisdiction of the justice, that is answered by the demand being £12, and the verdict of the jury is for that sum. The court after a verdict cannot, on an allegation of no evidence, set it aside, where no objections appear to have been made to the account offered.

Affirm the judgment.

CITED *in Baldwin* v. *Simmons,* 4 *Hal.* 196–249.